# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

WIESBLATT LICENSING LLC
Plaintiff

v.

3:22-cv-2148-N
Civil Action No.

ONEPLUS USA CORP.
Defendant

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT

(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Defendant OnePlus USA Corp.

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

Defendant is a fully-owned subsidiary of Guangdong OnePlus Mobile Telecommunications Co., Ltd., a privately-held Chinese company.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

At this time, Defendant is not aware of anyone other than the named parties or parties identified in their disclosures to the Court with a financial interest in the outcome of this case.

| | |
|---|---|
| Date: | 2022-01-09 |
| Signature: | *Everett Upshaw* |
| Print Name: | Everett Upshaw |
| Bar Number: | 24025690 |
| Address: | 1001 Belleview Street, Unit 608 |
| City, State, Zip: | Dallas, TX 75215 |
| Telephone: | (214) 680-6005 |
| Fax: | (972) 920-8001 |
| E-Mail: | everettupshaw@upshawpllc.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.